MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD (SBN 126475)
LANDON D. BAILEY (SBN 240236)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: 916.553.4000
Facsimile: 916.553.4011

Attorneys for Defendants

PHILLIPS LAW
CHRISTOPHER PHILLIPS (SBN 257758)
777 Campus Commons Road, Suite 200
Sacramento, CA 95825
Telephone: 916.565.7664
Facsimile: 916.756.0205

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANTROS IP, INC. a Delaware Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>STEPHANIE GIBBS, an individual, NADER HENRY-AMIN, an individual, CRYSNAD ENTERPRISES, INC. d.b.a. INVALIDATE CLAIM, a Nevada Corporation, and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.: 2:12-cv-00892-WBS-DAD<br><br>**SECOND STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** |

WHEREAS, on or about April 26, 2012, the parties entered into an initial stipulation to extend all defendants' response time by fifteen days so as to allow time to discuss potential resolution of this matter;

WHEREAS, the parties are continuing to discuss potential resolution; and

WHEREAS, the parties require more time to complete these discussions;

NOW THEREFORE, the parties do hereby stipulate as follows:

///

**STIPULATION**

Plaintiff Pantros, Inc. ("plaintiff") and defendants Stephanie Gibbs, Nader Henry-Amin and Crysnad Enterprises, Inc. ("defendants"), by and through their attorneys of record, hereby stipulate that defendants shall have a second fifteen-day extension of time in which to respond to plaintiff's complaint. Defendants' response to the complaint shall be served and filed no later than May 31, 2012.

Dated: May 11, 2012                MENNEMEIER, GLASSMAN & STROUD LLP

                        By:   /s/ Andrew W. Stroud
                              Andrew W. Stroud
                              Attorneys for Defendants

Dated: May 11, 2012                PHILLIPS LAW

                        By:   /s/ Christopher Phillips
                              Christopher Phillips
                              Attorneys for Plaintiff

IT IS SO ORDERED:

DATED: May 16, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12cv0892 Pantros- Stip Extg Time to Respond.wpd                2
SECOND STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT;
[PROPOSED] ORDER