MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD (SBN 126475)
LANDON D. BAILEY (SBN 240236)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: 916.553.4000
Facsimile:  916.553.4011

Attorneys for Defendants

PHILLIPS LAW
CHRISTOPHER PHILLIPS (SBN 257758)
777 Campus Commons Road, Suite 200
Sacramento, CA 95825
Telephone: 916.565.7664
Facsimile:  916.756.0205

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANTROS IP, INC. a Delaware Corporation,<br><br>              Plaintiff,<br><br>v.<br><br>STEPHANIE GIBBS, an individual, NADER HENRY-AMIN, an individual, CRYSNAD ENTERPRISES, INC. d.b.a. INVALIDATE CLAIM, a Nevada Corporation, and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No.: 2:12-cv-00892-WBS-DAD<br><br>**AMENDED THIRD STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT;** [~~PROPOSED~~] **ORDER** |

WHEREAS, on or about April 26, 2012, the parties entered into an initial stipulation to extend all defendants' response time by fifteen days so as to allow time to discuss potential resolution of this matter; and

WHEREAS, on or about May 11, 2012, upon the parties' second stipulation, the Court granted defendants an additional fifteen days in which to respond to plaintiff's complaint, as to allow time to discuss potential resolution of this matter, which extended the original response date by a total of thirty days; and

1  WHEREAS, the parties are continuing to discuss potential resolution and have
2 made some progress; and
3  WHEREAS, the parties require more time to complete these discussions;
4  NOW THEREFORE, the parties do hereby stipulate as follows:

5 **STIPULATION**

6  Plaintiff Pantros, Inc. ("plaintiff") and defendants Stephanie Gibbs, Nader Henry-
7 Amin and Crysnad Enterprises, Inc. ("defendants"), by and through their attorneys of record,
8 hereby stipulate that defendants shall have an additional thirty-day extension of time in which to
9 respond to plaintiff's complaint.  Defendants' response to the complaint shall be served and filed
10 no later than June 29, 2012.

11 Dated:  May 30, 2012                    MENNEMEIER, GLASSMAN & STROUD LLP

13                                          By:    /s/ Andrew W. Stroud
                                                   Andrew W. Stroud
14                                                 Attorneys for Defendants

17 Dated:  May 30, 2012                    PHILLIPS LAW

19                                          By:    /s/  Christopher Phillips
                                                   Christopher Phillips
20                                                 Attorneys for Plaintiff

21         IT IS SO ORDERED:
22 DATED:  June 4, 2012

                                            _____
                                            WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE